**Order entered January 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01505-CV

### WILLIAM E. ROBINSON, JR., Appellant

### V.

### BORAL WINDOWS LLC, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16397**

## ORDER

Before the Court is appellant's January 11, 2019 motion for substitution of counsel. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove Brett Lee Myers as appellant's counsel and substitute Donald E. Godwin, Shawn M. McCaskill, and W. Ira Bowman in his place. We further **DIRECT** the Clerk to designate Mr. Godwin as lead counsel.

We note the reporter's record has not been filed despite a past-due notice being sent to the reporter directing her to file the record no later than January 7, 2019. Accordingly, we **ORDER** Stephanie Moses, Official Court Reporter for the 193rd Judicial District Clerk, to file the record no later than January 24, 2019. We caution Ms. Moses that extension requests will be disfavored.

A copy of this order shall be sent to Ms. Moses and the parties.

/s/     KEN MOLBERG
         JUSTICE